## ASIN- B0117WVHKG



## ASIN- B0117WVBU2



USDC-HID
1:16-cv-463
EX C

:16-cv-00463-LEK-KSC   Document 1-3   Filed 08/19/16   Page 2 of 4   PageID

ASIN- B01FA2WB72



ASIN- B01ARL4GFQ



ASIN- B01GD4F9L6



ASIN- B00U2SQ2D4



ASIN- B01FP0KT50

